| | |
|---|---|
| 1 | Katherine F. Parks, Esq. - State Bar No. 6227 |
| 2 | Thorndal Armstrong Delk Balkenbush & Eisinger |
|   | 6590 S. McCarran Blvd., Suite B |
| 3 | Reno, Nevada 89509 |
|   | (775) 786-2882 |
| 4 | kfp@thorndal.com |
| 5 | Attorneys for Defendants |
|   | M.T. BRANTINGHAM, SHANE JOYNER, |
| 6 | MATTHEW GALVIN, AND BRIAN KHARRL |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RYAN BRANDON, | CASE NO. 3:20-cv-00142-LRH-CLB |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND TIME TO FILE ANSWER TO COMPLAINT [ECF NO. 1]** |
| LYON COUNTY DEPUTY BRANTINGHAM, M.T.; LYON COUNTY DEPUTY SHANE JOYNER; LYON COUNTY DEPUTY MATTHEW GALVIN; and, MINERAL COUNTY DEPUTY BRIAN KHARRL, | |
| Defendants. | |

COMES NOW Plaintiff, RYAN BRANDON, and Defendants, M.T. BRANTINGHAM, SHANE JOYNER, MATTHEW GALVIN, and BRIAN KHARRL, by and through their undersigned attorneys, and hereby stipulate that the Defendants shall have through and until May 4, 2020, in which to file their Answer to the Complaint.

/ / /

/ / /

/ / /

/ / /

- 1 -

This is the parties' first request to extend said deadline and they submit that the instant request is not for the purpose of undue delay.

| DATED this 2nd day of April, 2020. | DATED this 2nd day of April, 2020. |
|---|---|
| LAW OFFICES OF TERRI KEYSER-COOPER | THORNDAL ARMSTRONG DELK BALKENBUSH & EISINGER |
| By: _/ s / **Terri Keyser-Cooper**_____ <br> Terri Keyser-Cooper <br> State Bar No. 3984 <br> 1130 Wakefield Trial <br> Reno, Nevada 89523 <br> (775) 337-0323 <br> keysercooper@lawyer.com <br> Attorney for Plaintiff <br> Ryan Brandon | By: _/ s / **Katherine F. Parks**_____ <br> Katherine F. Parks, Esq. <br> State Bar No. 6227 <br> 6590 S. McCarran Blvd., Suite B <br> Reno, Nevada 89509 <br> (775) 786-2882 <br> kfp@thorndal.com <br> Attorneys for Defendants <br> M.T. BRANTINGHAM, SHANE JOYNER, MATTHEW GALVIN, AND BRIAN KHARRL |

**ORDER**

IT IS SO ORDERED.

DATED __April 6_____, 2020.

_____
UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I certify that I am an employee of THORNDAL ARMSTRONG DELK BALKENBUSH & EISINGER, and that on this date I caused the foregoing **XXXXX** to be served on all parties to this action by:

\_\_\_\_ placing an original or true copy thereof in a sealed, postage prepaid, envelope in the United States mail at Reno, Nevada.

 ✓  United States District Court, District of Nevada CM/ ECF (Electronic Case Filing)

\_\_\_\_ personal delivery

\_\_\_\_ facsimile (fax)

\_\_\_\_ Federal Express/UPS or other overnight delivery

fully addressed as follows:

**Terri Keyser-Cooper, Esq.**
**Law Office of Terri Keyser-Cooper**
**1130 Wakefield Trial**
**Reno, Nevada 89523**
*Attorney for Plaintiff*

DATED this \_\_\_\_ day of April, 2020.

> / s / *Sam Baker*
> An employee of THORNDAL ARMSTRONG DELK BALKENBUSH & EISINGER