Katherine F. Parks, Esq. - State Bar No. 6227
Thorndal Armstrong Delk Balkenbush & Eisinger
6590 S. McCarran Blvd., Suite B
Reno, Nevada 89509
(775) 786-2882
kfp@thorndal.com
Attorneys for Defendants
M.T. BRANTINGHAM, SHANE JOYNER,
MATTHEW GALVIN, AND BRIAN KHARRL

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RYAN BRANDON,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>LYON COUNTY DEPUTY BRANTINGHAM, M.T.; LYON COUNTY DEPUTY SHANE JOYNER; LYON COUNTY DEPUTY MATTHEW GALVIN; and, MINERAL COUNTY DEPUTY BRIAN KHARRL,<br><br>　　　　　　　　Defendants. | CASE NO.  3:20-cv-00142-LRH-CLB<br><br>**STIPULATION AND ORDER TO SCHEDULE SETTLEMENT CONFERENCE** |

COMES NOW Plaintiff, RYAN BRANDON, and Defendants, MITCHELL BRANTINGHAM, SHANE JOYNER, MATTHEW GALVIN, and BRIAN KHARRL, by and through their undersigned attorneys, and hereby stipulate and agree to participate in a settlement conference to be conducted by the Honorable Judge Robert A. McQuaid.  The parties further stipulate and agree to stay discovery pending the outcome of the proposed settlement conference.

/ / /

/ / /

The parties shall contact Judge McQuaid's chambers without delay to schedule the settlement conference and will endeavor to hold the settlement conference before July 31, 2020, depending upon the Court's availability.

| | |
|---|---|
| DATED this 15th day of May, 2020.<br><br>LAW OFFICES OF TERRI KEYSER-COOPER<br><br>By: / s / **Terri Keyser-Cooper**<br>　Terri Keyser-Cooper<br>　State Bar No. 3984<br>　1130 Wakefield Trial<br>　Reno, Nevada 89523<br>　(775) 337-0323<br>　keysercooper@lawyer.com<br>　Attorney for Plaintiff<br>　Ryan Brandon | DATED this 15th day of May, 2020.<br><br>THORNDAL ARMSTRONG DELK BALKENBUSH & EISINGER<br><br>By: / s / **Katherine F. Parks**<br>　Katherine F. Parks, Esq.<br>　State Bar No. 6227<br>　6590 S. McCarran Blvd., Suite B<br>　Reno, Nevada 89509<br>　(775) 786-2882<br>　kfp@thorndal.com<br>　Attorneys for Defendants<br>　M.T. BRANTINGHAM, SHANE JOYNER, MATTHEW GALVIN, AND BRIAN KHARRL |

**ORDER**

IT IS SO ORDERED.

DATED ___May 18_____, 2020.

_____
UNITED STATES MAGISTRATE JUDGE

- 2 -