TERRI KEYSER-COOPER
Law Office of Terri Keyser-Cooper
NV Bar #3984
1130 Wakefield Trail
Reno, NV 89523
Tele (775) 337-0323
keysercooper@lawyer.com
*Attorney for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RYAN BRANDON, | Case No. 3:20-cv-00142-LRH-CLB |
| Plaintiff, | **STIPULATION TO VACATE CASE MANAGEMENT CONFERENCE AND ORDER** |
| vs. | (First Request) |
| LYON COUNTY DEPUTY BRANTINGHAM, M.T.; LYON COUNTY DEPUTY SHANE JOYNER; LYON COUNTY DEPUTY MATTHEW GALVIN; and, MINERAL COUNTY DEPUTY BRIAN KHARRL, | |
| Defendants. | |

Plaintiff, RYAN BRANDON, and Defendants, MITCHELL BRANTINGHAM, SHANE JOYNER, MATTHEW GALVIN, and BRIAN KHARRL, by and through their undersigned attorneys, hereby stipulate and agree that the telephonic Case Management Conference set for 6/25/20 at 9:30 AM should be vacated. The parties have stipulated to participate in a settlement conference to be conducted by the Honorable Judge Robert A. McQuaid, with the stipulation granted by this Court on May 18, 2020 (ECF No. 14). The date for the settlement conference will likely be set within a week, in accordance with Judge McQuaid's schedule.

1

The parties agree that good cause exists to vacate the scheduled Case Management Conference as they are hopeful the case will resolve. The parties agree that such action is in their best interests in keeping the cost of this litigation to a minimum by elimination of unnecessary pretrial activities, as well as the being in the interest of the Court in conserving its resources, pending the settlement conference. Should the settlement conference not resolve the action, the parties further agree to notify the Court within one week of the settlement conference so that the Case Management Conference may be rescheduled.

This is undersigned counsels' first request for an extension of the Case Management Conference date.

| DATED this 21st day of May, 2020. | DATED this 21st day of May, 2020. |
|---|---|
| LAW OFFICES OF TERRI KEYSER-COOPER | THORNDAL ARMSTRONG DELK BALKENBUSH & EISINGER |
| By: / s / Terri Keyser-Cooper<br>Terri Keyser-Cooper<br>State Bar No. 3984<br>1130 Wakefield Trial<br>Reno, Nevada 89523<br>(775) 337-0323<br>keysercooper@lawyer.com<br>Attorney for Plaintiff<br>Ryan Brandon | By: / s / Katherine F. Parks<br>Katherine F. Parks, Esq.<br>State Bar No. 6227<br>6590 S. McCarran Blvd., Suite B<br>Reno, Nevada 89509<br>(775) 786-2882<br>kfp@thorndal.com<br>Attorneys for Defendants<br>M.T. BRANTINGHAM, SHANE JOYNER, MATTHEW GALVIN, AND BRIAN KHARRL |

**ORDER**

IT IS SO ORDERED.

DATED     May 22,         , 2020.

_____
UNITED STATES MAGISTRATE JUDGE

2