**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RYAN BRANDON,<br><br>                    Plaintiff,<br><br>vs.<br><br>LYON COUNTY DEPUTY BRANTINGHAM, M.T.; LYON COUNTY DEPUTY SHANE JOYNER; LYON COUNTY DEPUTY MATTHEW GALVIN; and, MINERAL COUNTY DEPUTY BRIAN KHARRL,<br><br>                    Defendants. | CASE NO. 3:20-cv-00142-LRH-CLB<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

COME NOW Plaintiff, RYAN BRANDON, and Defendants, M.T. BRANTINGHAM, SHANE JOYNER, MATTHEW GALVIN, and BRIAN KHARRL, by and through their respective undersigned counsel, and hereby stipulate that the above-entitled matter

/ / /

/ / /

/ / /

/ / /

/ / /

- 1 -

may be dismissed with prejudice in its entirety and each party to bear their own costs and attorney's fees.

| DATED this 13th day of October, 2020. | DATED this 13th day of October, 2020. |
|---|---|
| LAW OFFICES OF TERRI KEYSER-COOPER | THORNDAL ARMSTRONG DELK BALKENBUSH & EISINGER |
| By: / s / *Terri Keyser-Cooper* <br> Terri Keyser-Cooper <br> State Bar No. 3984 <br> 1130 Wakefield Trial <br> Reno, Nevada 89523 <br> (775) 337-0323 <br> keysercooper@lawyer.com <br> Attorney for Plaintiff <br> Ryan Brandon | By: / s / *Katherine F. Parks* <br> Katherine F. Parks, Esq. <br> State Bar No. 6227 <br> 6590 S. McCarran Blvd., Suite B <br> Reno, Nevada 89509 <br> (775) 786-2882 <br> kfp@thorndal.com <br> Attorneys for Defendants <br> M.T. BRANTINGHAM, SHANE JOYNER, MATTHEW GALVIN, AND BRIAN KHARRL |

**ORDER**

IT IS SO ORDERED.

DATED this 15th day of October, 2020.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

- 2 -